# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-1139** | **September Term, 2022** |
| | EPA-87FR25412 |
| | **Filed On:** July 20, 2023 |

Concerned Household Electricity Consumer's Council, et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Lung Association, et al.,
                Intervenors

------------------------------

Consolidated with 22-1140

    **BEFORE:**    Henderson, Katsas, and Pan, Circuit Judges

## O R D E R

    Upon consideration of petitioners' petition for panel rehearing filed on July 10, 2023, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                             **FOR THE COURT:**
                             Mark J. Langer, Clerk

                BY:    /s/
                             Daniel J. Reidy
                             Deputy Clerk