# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-1139**                                    **September Term, 2022**

EPA-87FR25412

**Filed On:** July 20, 2023

Concerned Household Electricity Consumer's Council, et al.,

      Petitioners

    v.

Environmental Protection Agency,

      Respondent

------------------------------

American Lung Association, et al.,
              Intervenors

------------------------------

Consolidated with 22-1140

    **BEFORE:**    Srinivasan, Chief Judge; Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

### O R D E R

Upon consideration of petitioners' petition for rehearing en banc, and the absence of a request by any member of the court for a vote, it is

    **ORDERED** that the petition be denied.

### Per Curiam

                           **FOR THE COURT:**
                           Mark J. Langer, Clerk

                BY:    /s/
                      Daniel J. Reidy
                      Deputy Clerk